AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**EDGAR B. FIELDS**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 14, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a .38 caliber revolver. and .38 caliber ammunition.

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER TONY COVINGTON**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**OFFICER TONY COVINGTON**
**SEVENTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                     City and State

_____          _____

**Name & Title of Judicial Officer**                              **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On Saturday, October 13, 2007, at about 8:30 p.m., sworn officers with the Metropolitan Police Department's Seventh District were conducting a buy/bust operation in the 3200 block of 13th Place, S.E., Washington, D.C. An undercover officer (UC) with the Metropolitan Police Department approached a group of individuals and asked if anybody had any weed. At which time, the defendant, Edgar Fields, stated "yeah, how many do you want", and the UC replied, "one". The defendant walked to the driver's side door of a blue, 1990 Oldsmobile bearing D.C. tags, opened the door, reached inside the vehicle, and then returned to the UC. The defendant gave the UC a yellow plastic ziplock containing a green weed-like substance in exchange for $10.00 of pre-recorded MPDC funds. The UC left the area, and gave the arrest teams the lookout for the defendant. Arrest teams pulled into the area, and saw the defendant. The defendant was stopped after a brief foot chase. The defendant was positively identified by the UC. The defendant was placed under arrest. After arrest officers recovered the $10.00 of pre-recorded MPDC funds and an additional $67.00 in U.S. Currency. Also recovered from the defendant's pants pocket, was a set of keys which belonged to the vehicle the UC saw the defendant go into. A search of the vehicle revealed a loaded .38 caliber revolver, one yellow ziplock containing a green weed-like substance, and one yellow ziplock with 12 ziplocks containing a white rock-like substance. A portion of the green weed-like substance field tested positive for THC, and a portion of the white rock-like substance field tested positive for cocaine. Recovered from the glove box of the car, were papers indicating the vehicle was registered to the defendant. To the best of the undersigned officer's knowledge, defendant Edgar Fields, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. 05-357. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge, there are no .38 caliber revolvers nor ammunition manufactured in the District of Columbia.

                                    OFFICER TONY COVINGTON
                                    SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF OCTOBER, 2007.

                                    U.S. MAGISTRATE JUDGE